TENTATIVE RULING

| | |
|---|---|
| Debtor: | JASON LEE & NANETTE LEA SCHLARMANN |
| Number: | 10-19154-MM7 |
| Hearing: | 03:00 PM  Thursday, May 26, 2011 |
| Motion: | 1) FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SULLIVAN HILL LEWIN REZ & ENGEL, COUNSEL FOR TRUSTEE<br><br>2) FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR R. DEAN JOHNSON, ACCOUNTANT FOR TRUSTEE |

1) The Court having considered the FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SULLIVAN HILL LEWIN REZ & ENGEL, COUNSEL FOR TRUSTEE (the "Application"), no opposition having been timely filed and good cause appearing.

The Application is granted and appearances are excused.  Sullivan Hill is to upload an order granting the Application, awarding compensation in the amount of $3,564.50 and reimbursement of expenses in the amount of $26.32, as well as reasonable and necessary fees and costs incurred between the filing of the Application and the closing of the case in an amount not to exceed $1,000.00.

2) The Court having considered the FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR R. DEAN JOHNSON, ACCOUNTANT FOR TRUSTEE (the "Application"), no opposition having been timely filed and good cause appearing.

The Application is granted and appearances are excused.  R. Dean Johnson is to upload an order granting the Application, awarding total compensation in the amount of $638.00 and reimbursement of expenses in the amount of $43.99.